**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**HENRY BLADIMIR SANTAMARIA HERNANDEZ** **CIVIL ACTION**

**VERSUS** **NO. 26-883-JWD-EWD**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.**

**ORDER**

Considering the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) ("IFP Motion"),[1] filed by Henry Bladimir Santamaria Hernandez ("Petitioner"),

**IT IS ORDERED** that Petitioner's IFP Motion[2] is **GRANTED**. Petitioner is authorized to proceed in this case without prepayment of costs or fees and without the necessity of giving security therefor.

Signed in Baton Rouge, Louisiana, on August 17, 2026.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

[1] R. Doc. 4. Documents in the Court record are referred to as "R. Doc. __."

[2] R. Doc. 4.